AO 10
Rev. 1/2006

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2004

*Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial)<br><br>Mckee, Theodore A | 2. Court or Organization<br><br>Third Circuit | 3. Date of Report  2006<br><br>06/12/2005 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>Judge | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,  Date<br>☐ Initial  ☒ Annual  ☐ Final<br><br>5b.  ☐  Amended Report | 6. Reporting Period  2005<br>01/01/2004<br>to  2005<br>12/31/2004 |
| 7. Chambers or Office Address<br><br>20614 U.S. Courthouse<br>601 Market Street<br>Philadelphia, Pa. 19106 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. General Partner | Pujkee Associates SEE SECTION VIII |
| 2. Director | Fox Chase Cancer Center |
| 3. Advisory Board | City Year Philadelphia |
| 4. Adivsory Board | Barristers Association of Philadelphia |
| 5. Trustee | Temple University |
| 6. Board of Visitors | Temple University Law School |
| 7. Advisory Member Board of Visitors | Syracuse University Law School |
| 8. Board Member | Diagnostic and Rehabilitation Center |
| 9. School Committee Member | Germantown Friends School |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☒ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

RECEIVED JUN 14 10 39 AM '06 FINANCIAL DISCLOSURE OFFICE

| Name of Person Reporting | Date of Report |
|---|---|
| Mckee, Theodore A | 06/12/2005 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2005 | Administrative Office of Pa. Courts - vested retirement from prior state court judgship | $ approx 12,000 |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2005 | Presbyterian Medical Center |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

☐ NONE *(No reportable reimbursements.)*

| SOURCE | DESCRIPTION |
|---|---|
| 1. U.S. Court of Appeals | ($1,183) reimbursement for travel to portrait ceremoy for unveiling of poftrait of a deceased colleague May 1-5, 2005 to Pittsburgh from PHL |
| 2. U.S. Court of Appeals | ($520) Reimbursement for travel to attend court function- unveiling of portrait of a colleague who took senior status - Oct 6 to Erie Pa. |
| 3. U.S. Courft of Appeals | (505) Court retreat - Delaware - travel and lodging - Nov 29-30 |
| 4. U.S. Court of Appeals | ($2,385) travel and loding - St. Croix, V.I for court sitting. - Dec 3-11 |
| 5. NY Law School | ($400 reimbursed) travel and expenses to particpate in moot court NY City March 13-14 |
| 6. NYU Law School | ($677) reimburse for travel and loding - NYC for participation in fellowship selection for law school April 1-3 |

7. Syracuse Unjiversity College of Law — ($316) reimburse for travel and loding, Syracuse NY for lecture at law school April 4-5

8. University of Cinncinnatti Law School — ($238) reimburse for travel to Cinn. Ohio for moot court at law school April 7-10

9. State University of New York — ($309) reimburse for travel to Cortland New York / graduation speaker and receive honorary degree. May 12-13

10. American Law Institute — ($691) reimbursement for travel and loding - attend meeting in San Francisco as advisor to ALI Model Penal Code revisions.

11. Edna McConnell Clark Foundation — ($690) reimburse for travel and loding to NYC to attend foundation function as Board Member of non profit June 20-22

12. Syracuse University College of Law — ($261) reimbursement for travel and lodging - conference regarding judicial selection, the courts and the press Wash.DC Oct 17 to 18.

13. U.S. Courts — (492) travel and lodging Wash DC symposium for all Circuit Judges Nov 2-3

14. Third Circuit — ($260) represent court at memorial service of Judge Motley, NYC Nov 4 - travel

15. Edna McConnell Clark Foundation — ($207) attend dinner in NYC for retiring trustee of non profit foundation as former Board member Dec 13 - travel

| Name of Person Reporting | Date of Report |
|---|---|
| Mckee, Theodore A | 06/12/2005 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

$\boxed{X}$  NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-34 of instructions.)*

$\boxed{\phantom{X}}$  NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Commercial Bank | credit card | J |
| 2. | Commercial Bank | Line of Credit | J |
| 3. | Commercial Bank | Line of Credit | K |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Mckee, Theodore A | 06/12/2005 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. SEE EXPLANATION SEC VIII | | | | | | | | | |
| 2. American Washington Mutual Fund | A | Dividend | J | T | | | | | |
| 3. Cardinal Health | A | Dividend | J | T | | | | | |
| 4. Henry Schein Co. gen stock | A | Dividend | J | T | purchase | 2/28 | J | | |
| 5. Coca Cola | A | Dividend | J | T | | | | | |
| 6. D.R. Horton | A | Dividend | J | T | Buy | 1/12 | J | | |
| 7. Domini Social Index Fund | A | Dividend | J | T | | | | | |
| 8. FTI Consulting | A | Dividend | | | Full Sale | 4/16 | J | A | |
| 9. General Electric Stock | A | Dividend | J | T | Buy | 3/22 | J | | |
| 10. Intel | A | Dividend | J | T | | | | | |
| 11. Johnson & Johnson | A | Dividend | J | T | | | | | |
| 12. Lennar Corp | A | Dividend | J | T | | | | | |
| 13. Merck | A | Dividend | J | T | | | | | |
| 14. Rebok | A | Dividend | J | T | | | | | |
| 15. SLM Corp | A | Dividend | J | T | | | | | |
| 16. SSGA Tuckerman Active REIT Mutual Fund | A | Dividend | J | T | | | | | |
| 17. Staples | A | Dividend | j | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Mckee, Theodore A | 06/12/2005 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Verizon Communications | A | Dividend | J | T | | | | | |
| 19. Whole Foods Corp | a | Dividend | J | T | buy | 1/6 | | | |
| 20. Ben and Jerry's | A | Dividend | J | T | | | | | |
| 21. dreshner rcm Bioteck Mutual Fund | A | Dividend | j | T | | | | | |
| 22. Citizens Core Growth Fund | A | Dividend | j | T | | | | | |
| 23. Citizens Emerging Growth Fund | A | Dividend | J | T | | | | | |
| 24. Citizens Global Equity Fund | A | Dividend | J | T | | | | | |
| 25. mfs emerging growth fund | A | Dividend | J | T | | | | | |
| 26. euro pacific Growth fund | A | Dividend | J | T | | | | | |
| 27. Chicos - stock | A | Dividend | K | T | | | | | |
| 28. Cisco | A | Dividend | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Mckee, Theodore A | 06/12/2005 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

IN ADDITION TO THE EXPLANATORY NOTES INCLUDED WITH PRIOR REPORTS AS TO THE NATURE OF "PUJKEE ASSOC," THE ███████ LIMITED PARTNERSHIP LISTED ON PART I. I OFFER THE FOLLOWING EXPLANATION OF SECTION VIII:

AT THE TIME THIS REPORT IS BEING PREPARED, I HAVE NOT YET RECEIVED A REQUESTED STATEMENT FROM THE BROKERAGE WHERE ███████ MAINTAINS HER IRA ACCT. ACCORDINGLY, THE INFORMATION CONTAINED HEREIN IN SECTION VIII WILL BE SUPPLEMENTED WITH A LETTER DISCLOSING THAT INFORMATION WHEN THAT STATEMENT IS RECEIVED. I WILL FILE THAT LETTER AND ASK THAT IT BE INCORPORATED INTO THIS REPORT AS AN AMENDMENT THERETO, OR FILE AN UPDATED SECTION VIII PAGE FROM THIS REPORT AS SOON AS THAT STATEMENT IS RECEIVED FROM THE BROKER.

| Name of Person Reporting | Date of Report |
|---|---|
| Mckee, Theodore A | 06/12/2005 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.



Date 6/13/06

N ... ULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AN...

---

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544